JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| EDWIN CRUZ, | ) | No. CV 12-06204-VBK |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| L. S. McEWEN, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 20, 2014          /s/
                                VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE